Charles J. Babb, Appellant, v. Clyde E. Black, Respondent. Nancy Ada Black and Others, Defendants.— Motion for reargument denied, with ten dollars

costs. Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.